IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


JOSEPH S. RITTER                                             PETITIONER

    v.                          Civil No. 14-6041

RAY HOBBS, Director
Arkansas Department of Correction                    RESPONDENT


## ORDER

    Now on this 26th day of February 2015, there comes on for consideration the report and recommendation filed herein on February 4, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8).  Petitioner did not file written objections.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2254 petition (doc. 1)is DENIED and DISMISSED WITH PREJUDICE.  Further, Petitioner has failed to make a substantial showing of the denial of a constitutional right, and the Court declines to issue a certificate of appealability.

    IT IS SO ORDERED.


                    /s/ Robert T. Dawson
                    Honorable Robert T. Dawson
                    United States District Judge